

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

January 7, 2015

**MEMO ENDORSED** 1/7/15

Time excluded from 1/8
until 1/13/2015 promptly
due to defense counsel
to appear

on
1/8.

w

**BY ELECTRONIC MAIL**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re: <u>United States v. Gibron Lopez, et al.</u>
> 15 Cr. 002 (CM)

Dear Judge McMahon:

    The Government writes to provide an update on the status of the above-captioned matter. Four defendants were initially arrested on December 18, 2014, and were subsequently charged by complaint filed on December 19, 2014. A copy of the Complaint is attached here for the Court's convenience. On January 5, 2015, the Government obtained a three-count Indictment charging all four defendants in a robbery conspiracy, narcotics conspiracy, and related firearms count. The Government attempted to schedule an arraignment and initial pretrial conference before the Court on Thursday, January 8, 2015. However, several of the defendants' attorneys were not available on that date. As a result, the Court has scheduled the conference on Tuesday, January 13, 2015 at 2:00 PM.

    As the conference was scheduled at a later date due to the unavailability of defense counsel, the Government further requests that the time between today and January 13, 2015 be excluded pursuant to the provisions of the Speedy Trial Act. The Government submits that the interests of justice outweigh the interests of the defendant and the public in a speedy trial. In addition, counsel for all defendants consent to the exclusion of speedy time through January 13, 2015.

The Honorable Colleen McMahon
January 7, 2015
Page 2 of 2

      Please do not hesitate to contact me should you have any questions.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney

      By:   /s/ Christopher J. DiMase
            Christopher J. DiMase
            Assistant United States Attorney
            Southern District of New York
            (212) 637-2433

cc:    David Touger, Esq. (by electronic mail)
        Stewart Orden, Esq. (by electronic mail)
        Joshua Dratel, Esq. (by electronic mail)
        Mark Gombiner, Esq. (by electronic mail)