

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/15
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2015

*MEMO ENDORSED*

**BY ELECTRONIC MAIL**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

3/11/15
Matter adj. to April 16, 2015 at 12:30 pm. Time Excluded in the interest of justice, to facilitate the review of discovery & plea negotiation.

*Colleen McMahon*

Re:   **United States v. Gibron Lopez, et al.**
      15 Cr. 002 (CM)

Dear Judge McMahon:

  A pre-trial conference in the above-referenced case is currently scheduled before Your Honor for March 12, 2015 at 12:00 p.m.  The Government writes to request an adjournment of the March 12, 2015 conference until April 16, 2015 at 12:30 p.m., which the Government understands is a convenient date and time for the Court.  The Government also respectfully requests that time be excluded from today through April 16, 2015.  The Government has produced Rule 16 discovery and the exclusion of time will enable the defendants to continue reviewing that discovery and allow the parties to discuss a potential resolution of the case.  In addition, counsel for all defendants consent to the adjournment and the exclusion of time.

  Please do not hesitate to contact me should you have any questions.

                                   Respectfully submitted,

                                   PREET BHARARA
                                   United States Attorney

                              By:   /s/ Gina Castellano
                                   Gina Castellano
                                   Christopher J. DiMase
                                   Assistant United States Attorneys
                                   Southern District of New York
                                   (212) 637-2224/2433

cc:   David Touger, Esq. (by electronic mail)
      Stewart Orden, Esq. (by electronic mail)
      Joshua Dratel, Esq. (by electronic mail)
      Mark Gombiner, Esq. (by electronic mail)