```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
                                      :
UNITED STATES OF AMERICA               ORDER
                                      :
          -v.-                         15 Cr. 002 (CM)
                                      :
GIBRON LOPEZ, et al.,
                                      :
          Defendants.
                                      :
- - - - - - - - - - - - - - - - - - -X

          Upon the application of the United States of America,

by and through Assistant United States Attorneys Christopher J.

DiMase and Gina Castellano, and with the consent of the

defendants, GIBRON LOPEZ, by and through his counsel, David

Touger, Esq., LUIS GUERRERO, by and through his counsel, Stewart

Orden, Esq., JOSE RODRIGUEZ, by and through his counsel Joshua

Dratel, Esq., and JOSE ORTIZ, by and through his counsel, Mark

Gombiner, Esq., it is hereby ORDERED that the pretrial

conference currently scheduled on April 16, 2015 at 12:00 PM is

adjourned to April 24, 2015 at 11:15 AM, and that the time

between April 16, 2015 and April 24, 2015 is excluded for

purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in

the interests of justice. The ends of justice served by such

continuance outweigh the interest of the public and the

defendants in a speedy trial, because it will allow time for the

defendants to review discovery materials and, if desired, to

engage in discussions with the Government regarding potential

disposition of the charges against the defendants.

       SO ORDERED.

Dated:     New York, New York
          April 7, 2015

_____
      HONORABLE COLLEEN MCMAHON
      UNITED STATES DISTRICT JUDGE