UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **ECF CASE** |
|  | : |
| - v. - | : |
|  | : |
| GIBRON LOPEZ, et al., | : |
|  | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ECF CASE**

**NOTICE OF APPEARANCE AND
REQUEST FOR ELECTRONIC
NOTIFICATION**

**15 Cr. 002 (CM)**

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in the

above-captioned case and to add her as a Filing User to whom Notices of Electronic Filing will be

transmitted in this case.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney for the
                                Southern District of New York


                        by:  _____
                                Gina Castellano
                                Assistant United States Attorney
                                (212) 637-2224