```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :      ORDER
                                    :
            -v.-                    :      15 Cr. 002 (CM)
                                    :
GIBRON LOPEZ, et al.,               :
                                    :
            Defendants.             :
                                    :
- - - - - - - - - - - - - - - - - -X

    Upon the application of the United States of America, by and through Assistant United States Attorneys Christopher J. DiMase and Gina Castellano, and with the consent of the defendants, GIBRON LOPEZ, by and through his counsel, David Touger, Esq., LUIS GUERRERO, by and through his counsel, Stewart Orden, Esq., JOSE RODRIGUEZ, by and through his counsel Joshua Dratel, Esq., and JOSE ORTIZ, by and through his counsel, Mark Gombiner, Esq., it is hereby ORDERED that the pretrial conference currently scheduled on April 24, 2015 at 11:15 AM is adjourned to April 30, 2015 at 3:30 PM, and that the time between April 24, 2015 and April 30, 2015 is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendants in a speedy trial, because it will allow time for the defendants to review discovery materials and, if desired, to

engage in discussions with the Government regarding potential disposition of the charges against the defendants.

SO ORDERED.

Dated:  New York, New York
        April 21, 2015

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE