```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
       - v. -                      :   PROTECTIVE ORDER
                                   :
GIBRON LOPEZ,                      :   15 Cr. 002 (CM)
    a/k/a "Gibbs,"                 :
    a/k/a "G,"                     :
LUIS GUERRERO,                     :
    a/k/a "Weegi,"                 :
JOSE RODRIGUEZ,                    :
    "D.R.," and                    :
JOSE ORTIZ,                        :
    a/k/a "Chico,"                 :
                                   :
              Defendants.          :
                                   :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/15

WHEREAS, the United States of America seeks to provide in unredacted form certain documents pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

WHEREAS, some material that the Government seeks to provide contains personal identification information of specific individuals and other private, sensitive and confidential matter; and

WHEREAS, the Government is willing, under the conditions set forth below, to produce such materials;

IT IS HEREBY AGREED by and between the United States of America, Preet Bharara, United States Attorney, by Assistant United States Attorneys Christopher J. DiMase and Gina Castellano, and defendants GIBRON LOPEZ, a/k/a "Gibbs," a/k/a "G", LUIS GUERRERO,

a/k/a "Weegi," JOSE RODRIGUEZ, a/k/a "D.R.," and JOSE ORTIZ, a/k/a "Chico," the defendants (the "defendants"), by and through their respective counsel, that:

    1. Any material reflecting (a) personal identification information (including, but not limited to, names, dates of birth, addresses, phone numbers and e-mail addresses) and (b) other private, sensitive and confidential matter, produced by the Government in this action is deemed "Confidential Information" and shall be so identified by the Government.

    2. Confidential Information disclosed to the defendants or to counsel during the course of proceedings in this action:

    (a) Shall be used by the defendants and counsel only for purposes of the defense of this action;

    (b) Shall be maintained in a safe and secure manner solely by the defendants' counsel; shall not be possessed by the defendants, except in the presence of the defendants' counsel; and shall not be disclosed in any form by the defendants or counsel except as set forth in paragraph 2(c) below;

    (c) May be disclosed by the defendants or counsel only to the following persons (hereinafter "Designated Persons"):

    (i) investigative, secretarial, clerical, and paralegal student personnel employed full-time or part-time by the defendants' counsel;

(ii) independent expert witnesses, investigators, or advisors retained by the defendants' counsel in connection with this action;

(iii) such other persons as hereafter may be authorized by the Court upon motion by the defendants; and

(d) Shall be returned to the Government following the conclusion of the trial of the above-referenced action or upon the defendant's sentencing, as the case may be, and any all copies made of said material shall be shredded, erased, and/or destroyed, as the case may be.

3. The defendants and counsel shall provide a copy of this Order to Designated Persons to whom they disclose Confidential Information pursuant to paragraph 2(c). Prior to disclosure of Confidential Information to Designated Persons, pursuant to paragraph 2(c), any such Designated Person shall agree to be subject to the terms of this Order by signing a copy hereof and providing such copy to the Government and the defendants' counsel.

AGREED AND CONSENTED TO:

                              PREET BHARARA
                              United States Attorney
                              Southern District of New York

                          By: _____
                                 Christopher J. DiMase
                                 Gina Castellano
                                 Assistant U.S. Attorneys

Dated: April 30, 2015


                              PELUSO & TOUGER

                        By: _____
                                 David Touger, Esq.
                                 Attorney for Defendant Gibron
                                 Lopez

Dated: March ____, 2015



                              STEWART L. ORDEN

                        By: _____
                                 Stewart L. Orden, Esq.
                                 Attorney for Defendant
                                 Luis Guerrero

Dated: March ____, 2015

AGREED AND CONSENTED TO:

                PREET BHARARA
                United States Attorney
                Southern District of New York

            By: _____
                Christopher J. DiMase
                Gina Castellano
                Assistant U.S. Attorneys

Dated: March ____, 2015


                PELUSO & TOUGER

            By: _____
                David Touger, Esq.
                Attorney for Defendant Gibron Lopez

Dated: March ____, 2015


                STEWART L. ORDEN

            By: *Stewart L. Orden* (Digitally signed by Stewart L. Orden, DN: cn=Stewart L. Orden, o=Attorney at Law, ou, email=stewartorden@stewartorden.com, c=US, Date: 2015.03.25 16:12:05 -04'00')
                Stewart L. Orden, Esq.
                Attorney for Defendant Luis Guerrero

Dated: March ____, 2015

4

LAW OFFICE OF JOSHUA L. DRATEL, PC

By: _____
Joshua L. Dratel, Esq.
Attorney for Defendant Jose
Rodriguez

Dated: April 20, 2015

FEDERAL DEFENDERS OF NEW YORK

By: _____
Mark B. Gombiner, Esq.
Attorney for Defendant Jose
Ortiz

Dated: April 30, 2015

SO ORDERED:

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: New York, New York
       April ____, 2015

       May 1

5

```
                              LAW OFFICE OF JOSHUA L. DRATEL, PC


                              By: _____
                                  Joshua L. Dratel, Esq.
                                  Attorney for Defendant Jose
                                  Rodriguez

Dated: April ____, 2015


                              FEDERAL DEFENDERS OF NEW YORK


                              By: _____
                                  Mark B. Gombiner, Esq.
                                  Attorney for Defendant Jose
                                  Ortiz

Dated: April ____, 2015



SO ORDERED:


                                  _____
                                  HONORABLE COLLEEN McMAHON
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK

Dated: New York, New York
       May ____, 2015
```

5