

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*        MEMO ENDORSED
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2015    5/11/15
    Proposed motion schedule
    Granted

    Colleen McMahon

**BY ELECTRONIC MAIL**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    United States v. Gibron Lopez, et al.
       15 Cr. 002 (CM)

Dear Judge McMahon:

The Government writes to respectfully request until May 22, 2015 to file its response to the defendants' motion to compel discovery, which was filed on May 4, 2015. The parties also respectfully request that the defense have until June 5, 2015 to file their reply. We have spoken with counsel for the defendants who have stated that they have no objection to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   /s/ Gina Castellano
      Gina Castellano
      Christopher J. DiMase
      Assistant United States Attorneys
      Southern District of New York
      (212) 637-2224/2433

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/12/15

cc:    David Touger, Esq. (by electronic mail)
       Stewart Orden, Esq. (by electronic mail)
       Joshua Dratel, Esq. (by electronic mail)
       Mark Gombiner, Esq. (by electronic mail)