

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2015

6/1/15
So Ordered

*[signature]*

**MEMO ENDORSED**

**BY ELECTRONIC MAIL**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Gibron Lopez, et al.</u>
            15 Cr. 002 (CM)

Dear Judge McMahon:

      The defendants filed a motion to compel discovery in the above-referenced case on May 4, 2015. Pursuant to the Court's May 12, 2015 order, the Government has until May 22, 2015 to respond and the defense has until June 5, 2015 to file their reply. The parties are actively engaging in plea discussions, and the defendants have requested additional time to consider plea offers made by the Government. Accordingly, the Government respectfully requests until June 5, 2015 to file its response to the defendants' motion should the case not be resolved prior to that date. The parties also respectfully request that, given defense counsel's schedule, the defense have until July 3, 2015 to file their reply. We have spoken with counsel for the defendants who have stated that they have no objection to this request.

                                            Respectfully submitted,

                                            PREET BHARARA
                                            United States Attorney

                                  By:   <u>/s/ Gina Castellano</u>
                                        Gina Castellano
                                        Christopher J. DiMase
                                        Assistant United States Attorneys
                                        Southern District of New York
                                        (212) 637-2224/2433

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/15
```

cc:     David Touger, Esq. (by electronic mail)
         Stewart Orden, Esq. (by electronic mail)
         Joshua Dratel, Esq. (by electronic mail)
         Mark Gombiner, Esq. (by electronic mail)