UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - v. -

JOSE RODRIGUEZ,
    a/k/a "D.R.,"

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>SUPERSEDING</u>
<u>INFORMATION</u>

S2 15 Cr. 002 (CM)

<u>COUNT ONE</u>

1. On or about December 18, 2014, in the Southern District of New York and elsewhere, JOSE RODRIGUEZ, a/k/a "D.R.," the defendant, knowingly, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 12, 2010 for Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law § 220.39(1), did possess in and affecting commerce, firearms, to wit, a Keltec P-11 nine millimeter semi-automatic pistol and a Sentinel MK IV .22 caliber revolver, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g).)

                                                  _____
                                                  PREET BHARARA
                                                  United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 12 2015

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE RODRIGUEZ,
a/k/a "D.R.,"

Defendant.

---

SUPERSEDING INFORMATION

S2 15 Cr. 002 (CM)

(18 U.S.C. § 922(g))

---

PREET BHARARA
United States Attorney.

6/10/15 Deft Rodriguez pres w/aty Joshua Dratel AUSA Gina Castellano. Deft waives indictment and pleads guilty to ct 1. PSR ongoing Judge Cott recommends that J. McMahon accept this plea. Sentence date set for 9/14/15. Detained

Cott, USMJ